IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE TRACKING OF CELLULAR TELEPHONE (913) 549-6019, INCLUDING CELL SITE, TRIANGULATION, AND GPS | No. 17-SW-00311-MJW |

## RETURN

The tracking device was authorized on telephone number (913) 549-6019 on November 7, 2017. The tracking device was served on T-Mobile on November 7, 2017. The tracking device was terminated by T-Mobile on December 7, 2017, and thus the tracking device was used during a 30-day period from November 7, 2017 and December 7, 2017.

I declare under the penalty of perjury that this return is correct and was returned to the designated judge.

Kathryn E. Wray
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives